UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────X
THE ANNUITY, PENSION, WELFARE, TRAINING AND
LABOR MANAGEMENT COOPERATION TRUST FUNDS
OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, BY THEIR
TRUSTEES EDWIN L. CHRISTIAN, JOHN CRONIN,
THOMAS D. GORDON, KENNETH KLEMENS, JR.,
TYREEF BEVEL, JOHN F. O'HARE, WILLIAM TYSON
and MICHAEL SALGO, and INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, BY
ITS BUSINESS MANAGER EDWIN L. CHRISTIAN,

**REQUEST FOR SUM CERTAIN DEFAULT JUDGMENT PURSUANT TO F.R.C.P. 55(b)(1)**

24-CV-8361 (JRC)

Plaintiffs,

-against-

G & T SERVICES, INC.,

Defendant.
──────────────────────────────X

JAMES M. STEINBERG, ESQ., declares under the penalties of perjury, that:

1. I am a partner in the law firm of BRADY McGUIRE & STEINBERG, P.C., attorneys for Plaintiffs in the above-entitled action and am fully familiar with all the facts and circumstances of this action. I make this declaration pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, and Rules 55.1 and 55.2(a) of the Civil Rules for the Eastern District of New York in support of Plaintiffs' application for a sum certain default judgment against Defendant G & T SERVICES, INC. ("G & T SERVICES").

2. This is an action arising under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. § 1001 *et seq.* and Section 301 of the Labor Management Relations Act of 1947 ("LMRA"), as amended, 29 U.S.C. § 185 to recover annuity, voluntary annuity, pension, welfare, training and labor management cooperation trust fund contributions along with dues assessment and defense fund payments owed to Plaintiffs THE ANNUITY, PENSION, WELFARE, TRAINING and LABOR MANAGEMENT COOPERATION TRUST FUNDS OF THE INTERNATIONAL UNION OF OPERATING

ENGINEERS LOCAL 14-14B, AFL-CIO and Plaintiff INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO by Defendant G & T SERVICES.

3. The subject matter jurisdiction of this Court is invoked pursuant to Sections 502 and 515 of ERISA, 29 U.S.C. §§ 1132 and 1145, along with Section 301(c) of the LMRA, 29 U.S.C. § 185(c).

4. This action was commenced on December 5, 2024 by the filing of the Summons and Complaint. A copy of the Summons and Complaint was served upon Defendant G & T SERVICES on December 18, 2024, by a Process Server who personally served Sue Zouky an employee in the Office of the Secretary of State of the State of New York, and a person authorized to accept service on behalf of Defendant. Proof of said service was filed with the Court through the ECF System on December 26, 2024. See Exhibit "A". As a result of Defendant G & T SERVICES failing to answer or otherwise responding to the Complaint, a request for the issuance of a certificate of default was submitted to the Clerk of the Court on January 9, 2025 and a Certificate of Default was issued on January 10, 2025. See Exhibit "B".

5. This action seeks judgment for the liquidated amount in fringe benefit contributions and interest totaling $6,415.48 as shown in the annexed Exhibit "C", which is justly due and owing, and no part of which has been paid. In order to achieve this sum certain, hourly fringe benefit contribution rates were applied to the regular and overtime hours owed for each of the union members employed by Defendant G & T SERVICES and identified in Exhibit "C". The hourly contribution rates for each of the ERISA and non-ERISA benefits as identified in Exhibit "C" were multiplied by the number of regular and overtime hours owed in order to calculate the deficiency. (A copy of the Local 14 Wage Schedules is annexed hereto as Exhibit "D" and has been marked with an "*" to identify the applicable contribution rates.)

6. The interest calculated as part of the Exhibit "C" was prepared by using the following formula for each individual ERISA contribution category: *[number of days] x [interest rate (6%)] / [365 days] x [amount owed in straight + overtime contributions]*. For purposes of the underlying deficiency report, interest was calculated for each of the 4-month Periods identified in the report through July 16, 2024. This same

formula was applied to calculate interest owed on behalf of each of the ERISA contribution categories for each of the 4-month periods in which contributions were determined to be due and owing from Defendant G & T SERVICES.

7. The disbursements sought to be taxed have been made in this action or will necessarily be made herein.

**WHEREFORE**, Plaintiffs request the entry of the annexed proposed Default Judgment against Defendant G & T SERVICES.

Dated: Tarrytown, New York
January 13, 2025

Respectfully submitted,

BRADY McGUIRE & STEINBERG, P.C.

By: _____
James M. Steinberg, Esq.
Attorneys for Plaintiffs
303 South Broadway, Suite 234
Tarrytown, New York 10591
(914) 478-4293
james@bradymcguiresteinberg.com

TO: G & T SERVICES, INC.
65 Marcus Drive
Melville, New York 11747